# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **BURRELL BEHAVIORAL HEALTH**, a Missouri nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DRS GROUP**, a New Jersey corporation,<br><br>Defendant. | Case No. 6:19-cv-03251-RK<br><br>Honorable Roseann A. Ketchmark |

## JOINT STATUS REPORT

Plaintiff Burrell Behavioral Health ("Burrell") and Defendant DRS Group, by and through their undersigned counsel, hereby respectfully submit this joint status report to the Court, and state as follows:

1. Burrell filed its First Amended Complaint and sent DRS Group a waiver of service on August 26, 2019. (*See* Dkt. No. 12.)

2. For the sake of efficiency and in an effort to avoid further litigation, the parties agreed to conduct a private mediation before proceeding further in this case. The parties informed the Court that if they were able to mutually agree to a mediator, they would submit a status update to the Court regarding the selected mediator and proposed mediation schedule.

3. The parties mutually agreed to the Honorable Gail A. Andler (retired) and have confirmed a mediation date. The mediation is scheduled to take place with Judge Andler on January 16, 2020 in Chicago, Illinois. The parties do not currently anticipate scheduling additional days for the mediation.

4. The parties will submit a status update to the court regarding the outcome of the mediation within one week of the conclusion of the mediation.

Dated:  December 19, 2019

/s/ *Dana E. Stutzman*
Dana E. Stutzman
HALL, RENDER, KILLIAN,
HEATH & LYMAN, PC
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
(317) 977-1425
(317) 633-4878 (FAX)
E-mail: dstutzman@HallRender.com

*Attorneys for Plaintiff Burrell Behavioral Health*

Respectfully submitted,

/s/ *Brandon J.B. Boulware*
Brandon J.B. Boulware  MO # 54150
Boulware Law LLC
1600 Genessee, Suite 416
Kansas City, Missouri 64102
(816) 492-2826
brandon@boulware-law.com

Raj N. Shah*
Emily D. Gilman*
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
(312) 368-8904
raj.shah@dlapiper.com
emily.gilman@dlapiper.com
*pro hac vice applications
forthcoming

Andrew Serwin*
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
(858) 677-1418
andrew.serwin@dlapiper.com
*pro hac vice application
forthcoming

*Attorneys for Defendant DRS Group*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of December 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

      /s/ Brandon J.B. Boulware
      *Attorney for Defendant DRS Group*