IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **BURRELL BEHAVIORAL HEALTH**, a Missouri nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DRS GROUP**, a New Jersey corporation,<br><br>Defendant. | Case No. 6:19-cv-03251-RK<br><br>Honorable Roseann A. Ketchmark |

## STATUS REPORT AFTER MEDIATION

Plaintiff Burrell Behavioral Health ("Burrell") and Defendant DRS Group, by and through their undersigned counsel, hereby respectfully submit this status report to the Court, and state as follows:

1. After Burrell filed its First Amended Complaint and sent DRS Group a waiver of service on August 26, 2019 (Dkt. No. 12), the parties agreed to conduct a private mediation before proceeding further in this case.

2. The parties agreed to the Honorable Gail A. Andler (retired) as mediator in this matter and engaged in a full day mediation session in Chicago, Illinois on Thursday January 16, 2020. (Dkt. No. 20.) All required parties and their counsel were present for the mediation session.

3. The parties informed the Court that they would submit a status update to the court regarding the outcome of mediation within one week of the conclusion of mediation. (Dkt. No. 20.)

4. The parties were unsuccessful in resolving this matter at mediation. However, the parties agree that additional settlement discussions may be productive at this time.

5. DRS Group's deadline to respond to Burrell's Complaint is February 7, 2020. (Dkt. No. 21.) DRS Group will file a motion for 30-day extension of time to respond.

Respectfully submitted,

| | |
|---|---|
| /s/ Dana E. Stutzman | /s/ Brandon Boulware |
| Larry R. Jensen, Esq. | Brandon Boulware |
| Dana E. Stutzman, Esq. | Boulware Law |
| HALL, RENDER, KILLIAN, HEATH & LYMAN, PC | 1600 Genessee, Suite 416 |
| Attorney for Burrell Behavioral Health | Kansas City, Missouri 64102 |
| 500 N. Meridian Street, Suite 400 | (816) 492-2826 |
| Indianapolis, IN 46204-1293 | brandon@boulware-law.com |
| (317) 977-1425 | |
| ljensen@hallrender.com | Raj N. Shah, Esq.* |
| dstutzman@hallrender.com | Emily D. Gilman, Esq.* |
| | DLA Piper LLP |
| *Attorneys for Burrell Behavioral Health* | 444 West Lake Street, Suite 900 |
| | Chicago, IL 60606-0089 |
| | (312) 368-8904 |
| Dated: January 23, 2020 | raj.shah@dlapiper.com |
| | emily.gilman@dlapiper.com |
| | * *pro hac vice applications forthcoming* |
| | |
| | *Attorneys for Defendant DRS Group* |