# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

BURRELL BEHAVIORAL HEALTH,
a Missouri nonprofit corporation

    Plaintiff,

vs.

DRS GROUP, a New Jersey corporation,

    Defendant.

Case No.: 6:19-cv-03251-RK

Hon. ROSEANN A. KETCHMARK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to L.R. 26.3(b), the following was served via electronic mail upon all counsel of record:

(1) BURRELL BEHAVIORAL HEALTH'S FED. R. CIV. P. 26(a)(2)(B) EXPERT DISCLOSURES

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, PLLC

Dated: July 24, 2020

By: s/ *Larry R. Jensen*
Larry R. Jensen
Dana E. Stutzman
Jake Kolisek
HALL, RENDER, KILLIAN, HEATH & LYMAN, PC
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
(317) 977-1425
(317) 633-4878 (FAX)
E-mail: ljensen@HallRender.com
E-mail: dstutzman@HallRender.com
E-mail: jkolisek@HallRender.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of July 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

>Raj N. Shah*
>Emily D. Gilman*
>DLA Piper LLP (US)
>444 West Lake Street, Suite 900
>Chicago, IL 60606-0089
>(312) 368-8904
>raj.shah@dlapiper.com
>emily.gilman@dlapiper.com
>*pro hac vice applications forthcoming

>Brandon Boulware
>Boulware Law
>1600 Genessee, Suite 416
>Kansas City, Missouri 64102
>(816) 492-2826
>brandon@boulware-law.com

          /s/ Larry R. Jensen
          Attorney for Plaintiff Burrell Behavioral Health