# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

| | | |
|---|---|---|
| BURRELL BEHAVIORAL HEATLH | Date: | November 18, 2020 |
| vs. | No.: | 19-03251-CV-S-RK |
| DRS GROUP | | |

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Settlement Conference

Time Commenced: 9:00 a.m.　　　　　　　　　　Time Terminated: 2:20 p.m.

## APPEARANCES

Plaintiff by Darren Johnson with counsel Josh Bade and Larry Jensen

Defendant by Cliff Newman with counsel Emily Gilman, Raj Shah and David Lentz, all via Zoom

Settlement conference held.　Parties appear as indicated above.

Parties met by order of District Judge Roseann Ketchmark to participate in a second mediation. The case did not settle.

Courtroom Deputy/ERO: Karla Berziel